**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

NATIONAL COUNCIL OF THE UNITED STATES, SOCIETY OF ST. VINCENT DE PAUL, INC., a Delaware nonprofit corporation, and WILLIAM CONDON, as President of the SOUTH PINELLAS DISTRICT COUNCIL OF THE SOCIETY OF ST. VINCENT DE PAUL,

Plaintiffs,

v. Case No.: 8:26-cv-3242

VINCENTIAN CARES INC., (f/k/a Society of St. Vincent de Paul South Pinellas, Inc., f/k/a St. Vincent De Paul CARES Inc.) d/b/a ST. VINCENT DE PAUL CARES, SVDP CARES, or VINCENTIAN CARES, a Florida nonprofit corporation; VINCENTIAN HOUSING CORPORATION, INC., a Florida nonprofit corporation; VINCENTIAN PROPERTIES, INC., a Florida nonprofit corporation; VINCENTIAN LEGAL SERVICES INC., a Florida nonprofit corporation; SVDP CARES INC., a Florida nonprofit corporation; VINCENTIAN CARES FOUNDATION INC. (f/k/a Charlotte County Homeless Coalition Foundation, Inc., a/k/a SVdP CARES Foundation Inc.), a Florida nonprofit corporation; MICHAEL J. RAPOSA, individually; CHRIS YOUMANS, individually; MARK COOPER II, individually; and THOMAS YI, individually,

Defendants.
_____________________________________/

**DEFENDANTS' NOTICE OF REMOVAL**

Defendants, Vincentian Cares, Inc., Vincentian Housing Corporation, Inc., Vincentian Properties, Inc., Vincentian Legal Services, Inc., SVDP Cares Inc.,

Vincentian Cares Foundation Inc., Michael J. Raposa, Chris Youmans, Mark Cooper II, and Tomas Yi (collectively, "Defendants"), through their undersigned counsel, Trenam, Kemker, Scharf, Barkin, Frye, O'Neill, & Mullis, P.A., and pursuant to 28 U.S.C. §§ 1441 and 1446, remove the case styled *National Council of the United States, Society of St. Vincent de Paul, Inc. et al. v. Vincentian Cares, Inc. et al.*, Case No. 26-005754-CI, in the Circuit Court for the Sixth Judicial Circuit in and for Pinellas County, Florida (the "State Court Action"), to the United States District Court for the Middle District of Florida, Tampa Division, because there are federal questions at issue. In support of removal, Defendants state:

1. Plaintiffs, National Council of the United States, Society of St. Vincent de Paul, Inc. and William Condon (collectively, "Plaintiffs"), commenced the State Court Action on September 24, 2026 by filing their Complaint against Defendants seeking, *inter alia*, declaratory and injunctive relief and damages on claims of federal trademark infringement and unfair competition and false designation of origin arising under 15 U.S.C. §§ 1114(1) and 1125(a) (Counts III and IV) (collectively, the "Federal Claims").

2. The first of the Defendants to be served with a copy of the Complaint and initial process issued in the State Court Action, Defendant Vincentian Cares Foundation Inc., was served on October 7, 2026. Thus, removal of this case is timely pursuant to 28 U.S.C. § 1446(b)(1).

3. This case is removed to this Court properly under 28 U.S.C. § 1441 because Defendants have satisfied the procedural requirements for removal; this Court

has original jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338 and 15 U.S.C. § 1121(a) as to the Federal Claims, and this Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a) over all remaining claims in the Complaint because they are so related to the Federal Claims that they "form part of the same case or controversy under Article III of the United States Constitution," and there is no federal statute that expressly provides otherwise; and the Tampa Division of the United States District Court for the Middle District of Florida embraces the place where the State Court Action was filed.

4. All Defendants have joined in the removal of this action.

5. Promptly upon filing this Notice of Removal, Defendants' counsel will serve written notice of this Notice of Removal on counsel for Plaintiffs and will file same in the State Court Action as provided in 28 U.S.C. § 1446(d).

6. In accordance with 28 U.S.C. § 1446(a) and Local Rule 1.06(b), filed simultaneously herewith are copies of all process, pleadings, orders, and other papers or exhibits filed in the State Court Action. A Notice of Filing Notice of Removal from State Court to United States District Court has been simultaneously filed with the Clerk of the Circuit Court in and for Pinellas County, Florida. A true and correct copy of this Notice of Filing Notice of Removal from State Court to United States District Court is attached hereto as **Exhibit A**.

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Defendants' Notice of Removal has been filed via CM/ECF electronic filing and served via email and U.S. Mail on this 26th day of October 2026 to:

Gary D. Woodfield, Esq.
Alejandra S. Alvarez, Esq.
Nason, Yeager, Gerson, Harris & Fumero, P.A.
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, Florida 33410
gwoodfield@nasonyeager.com
aalvarez@nasonyeager.com
mcarney@nasonyeager.com
mhernandez@nasonyeager.com
*Attorneys for Plaintiffs*

*/s/ Charles M. Harris*
CHARLES M. HARRIS, JR., FBN 967459,
*Lead Trial Counsel*
charris@trenam.com |
lmcclaughlin@trenam.com
DEAN A. KENT, FBN 307040
dkent@trenam.com |
ac@trenam.com
AUDREY K. CARVER, FBN 1050563
acarver@trenam.com |
erosario@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN
FRYE, O'NEILL & MULLIS, P.A.
200 Central Avenue, Suite 1600
St. Petersburg, FL 33701
Tel: 727-896-7171
*Attorneys for Defendants*

**IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION**

NATIONAL COUNCIL OF THE UNITED STATES, SOCIETY OF ST. VINCENT DE PAUL, INC., a Delaware nonprofit corporation, and WILLIAM CONDON, as President of the SOUTH PINELLAS DISTRICT COUNCIL OF THE SOCIETY OF ST. VINCENT DE PAUL,

Plaintiffs,

vs.

Case No. 26-005754-CI
Section 17

VINCENTIAN CARES INC. (f/k/a Society of St. Vincent de Paul South Pinellas, Inc., f/k/a St. Vincent de Paul CARES Inc.) d/b/a ST. VINCENT DE PAUL CARES, SVDP CARES, or VINCENTIAN CARES, a Florida nonprofit corporation; VINCENTIAN HOUSING CORPORATION, INC., a Florida nonprofit corporation; VINCENTIAN PROPERTIES, INC., a Florida nonprofit corporation; VINCENTIAN LEGAL SERVICES INC., a Florida nonprofit corporation; SVDP CARES INC., a Florida nonprofit corporation; VINCENTIAN CARES FOUNDATION INC. (f/k/a Charlotte County Homeless Coalition Foundation, Inc., a/k/a SVdP CARES Foundation Inc.), a Florida nonprofit corporation; MICHAEL J. RAPOSA, individually; CHRIS YOUMANS, individually; MARK COOPER II, individually; and TOMAS YI, individually,

Defendants.
_______________________________________/

**NOTICE OF FILING NOTICE OF REMOVAL OF CAUSE FROM**
**<u>STATE COURT TO UNITED STATES DISTRICT COURT</u>**

TO: Clerk of the Circuit Court of Pinellas County, Florida:

PLEASE TAKE NOTICE that on October 26, 2026, Defendants, VINCENTIAN CARES INC. (f/k/a Society of St. Vincent de Paul South Pinellas, Inc., f/k/a St. Vincent de Paul CARES

**EXHIBIT A**

Inc.) d/b/a ST. VINCENT DE PAUL CARES, SVDP CARES, or VINCENTIAN CARES, a Florida nonprofit corporation; VINCENTIAN HOUSING CORPORATION, INC., a Florida nonprofit corporation; VINCENTIAN PROPERTIES, INC., a Florida nonprofit corporation; VINCENTIAN LEGAL SERVICES INC., a Florida nonprofit corporation; SVDP CARES INC., a Florida nonprofit corporation; VINCENTIAN CARES FOUNDATION INC. (f/k/a Charlotte County Homeless Coalition Foundation, Inc., a/k/a SVdP CARES Foundation Inc.), a Florida nonprofit corporation; MICHAEL J. RAPOSA, individually; CHRIS YOUMANS, individually; MARK COOPER II, individually; and TOMAS YI, individually (together, "Defendants"), filed with the Clerk of the United States District Court for the Middle District of Florida, Tampa Division (the "District Court"), Defendants' Notice of Removal. A copy of the Notice of Removal (without exhibits) is attached as **Exhibit 1**.

Therefore, in accordance with 28 U.S.C. § 1446(d), this Court may proceed no further in this matter unless or until the case is remanded by Order of the District Court.

*/s/ Charles M. Harris*
CHARLES M. HARRIS, JR., FBN 967459
charris@trenam.com | lmcclaughlin@trenam.com
DEAN A. KENT, FBN 307040
dkent@trenam.com | ac@trenam.com
AUDREY K. CARVER, FBN 1050563
acarver@trenam.com | erosario@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN
FRYE, O'NEILL & MULLIS, P.A.
200 Central Avenue, Suite 1600
St. Petersburg, FL 33701
Tel: 727-896-7171
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Filing Notice of Removal of Cause from State Court to United States District Court has been electronically filed on October 26, 2026 with the Clerk of Court by using the Florida Courts E-Filing Portal System, which will send a notice of electronic filing and copy to all counsel of record.

*/s/ Charles M. Harris*
Attorney